**Michael RUNCI, pro ami**

**v.**

**Robert VERNAL, et al.**

Supreme Judicial Court of Maine.

Submitted on Briefs May 1, 1989.

Decided May 2, 1989.

Martha Harris, Paine, Lynch & Harris, Bangor, for plaintiff.

Neil S. Shankman, Legal Center of Maine, Lewiston, Eugene Coughlin, Bangor, for defendants.

Before ROBERTS, WATHEN, GLASSMAN, CLIFFORD, HORNBY and COLLINS, JJ.

### MEMORANDUM OF DECISION.

Robert and Lorraine Vernal appeal from an order of the Superior Court (Piscataquis County, *MacInnes, A.R.J.*) denying their motion to dissolve an ex parte order of attachment previously granted to Michael Runci by the court (Beaulieu, J.). Because the Vernals fail to demonstrate that Runci's claim is so insubstantial as to foreclose a reasonable chance of recovery, we affirm. *Burns v. Smith,* 495 A.2d 777, 778 n. 2 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.